UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED N. BROWN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. C07-5693JKA<br><br><br><br><br>ORDER FOR EXTENSION OF TIME |

Based on stipulation between the parties, it is hereby ORDERED that the scheduling order be amended as follows:

- Defendant's Responsive Brief due May 22, 2008;
- Plaintiff's Reply Brief due June 5, 2008.

DATED this 30th day of April, 2008.

　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　　ORDER - [3:07-CV-5693-JKA]

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2730
Fax:       206-615-2531
joanne.dantonio@ssa.gov